United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 01, 2023
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: Katerra, Inc. and Official Committee of Unsecured Creditors of Kater **Debtor**

Case No.: 21−31861
Chapter 11

KATERRA INC., by and through Daniel R. Williams, as Plan Administrator on behalf of Katerra Inc. and related debtors

**Plaintiff(s)**

vs

Deloitte & Touche LLP

**Defendant(s)**

Adversary No.: 22−03344

## ORDER REGARDING THE EXCHANGE OF EXHIBITS AND WITNESS LISTS IN ALL CONTESTED MATTERS AND ADVERSARY PROCEEDINGS

1.   Counsel representing parties in all contested matters and adversary proceedings shall review and comply with BLR 9013−2 − Exchange of Exhibits, Exhibit Lists and Witness Lists in All Contested Matters and Adversary Proceedings.

2.   *ALL PARTIES ARE ADVISED THAT THE FAILURE TO TIMELY COMPLY WITH THIS ORDER WILL BE GROUNDS FOR THE DENIAL OF THE ADMISSION OF ANY OR ALL EXHIBITS AND THE EXCLUSION OF WITNESS TESTIMONY.*

3.   All hearings are evidentiary unless specifically ordered otherwise.

It is so ORDERED.

Signed and Entered on Docket: 1/1/23.

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Southern District of Texas

KATERRA INC., by and through Daniel R. W,
    Plaintiff

Adv. Proc. No. 22-03344-drj

Deloitte & Touche LLP,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0541-4      User: admin      Page 1 of 1
Date Rcvd: Jan 03, 2023      Form ID: exwiDJad      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Trey A. Monsour, 2501 North Harwood Street, Suite 1800, Dallas, TX 75201-1613 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Deloitte & Touche LLP |
| pla | | KATERRA INC., by and through Daniel R. Williams, a |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 05, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 1, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Trey A Monsour | on behalf of Plaintiff KATERRA INC.  by and through Daniel R. Williams, as Plan Administrator on behalf of Katerra Inc. and related debtors tmonsour@foxrothschild.com, rsolomon@foxrothschild.com;msteen@foxrothschild.com |

TOTAL: 1