B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, __Marcia L. Steen__ (name), certify that service of this summons and a copy of the complaint was made _on January 6, 2023_ (date) by:

[X] Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Office of General Counsel
Deloitte
1221 Avenue of the Americas
New York, NY 10020-1000
Attn: Ben Campbell, General Counsel

And

Deloitte & Touche LLP
c/o Corporation Services Company, Registered Agent
251 Little Falls Drive
Wilmington, DE 19808

[ ] Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _1/9/23_    Signature _/s/ Marcia L. Steen_

Print Name: Marcia L. Steen

Business Address: Fox Rothschild LLP, 1980 Festival Plaza Dr.

Las Vegas, NV 89135