**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| KATERRA INC., *et al.*, | : |
| | : Case No. 21-31861 (DRJ) |
| Debtors. | : |
| | : (Jointly Administered) |
| | : |
| KATERRA INC., by and through Daniel R. Williams, as Plan Administrator on behalf of Katerra Inc. and related debtors, | : |
| | : |
| | : Adv. No. 22-03344 |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| Deloitte & Touche LLP, | : |
| | : |
| Defendant | : |

## CERTIFICATE OF SERVICE

Marcia L. Steen, of full age, hereby certifies as follows:

1. I am paralegal employed by the law firm of Fox Rothschild LLP, attorneys for Daniel R. Williams, Plan Administrator, the Plaintiff in the above-captioned Adversary Proceeding.

2. On January 6, 2023, I caused a true and correct copies of the following documents to be served via U.S. Postal Service, First Class Mail, postage prepaid, upon on the parties identified on the attached service list:

    a. Issued Summons;
    b. Sealed Adversary Complaint (with exhibits and Cover Sheet); and
    c. Wind-Down Debtors' Emergency Motion For Entry Of An Order Authorizing The Wind-Down Debtors To File A Complaint In This Court Against Deloitte & Touche LLP Under Seal.

I certify under penalty of perjury that the foregoing is true and correct.

*/s/ Marcia L. Steen*
Marcia L. Steen, Paralegal
Fox Rothschild LLP
One Summerlin
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135

**Service List**

**PERSONAL & CONFIDENTIAL**:
Office of General Counsel
Deloitte
1221 Avenue of the Americas
New York, NY 10020-1000
Attn:  Ben Campbell, General Counsel


Deloitte & Touche LLP
c/o Corporation Services Company, Registered Agent
251 Little Falls Drive
Wilmington, DE 19808