| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Adversary Case Number | 22-03344 |
|---|---|---|---|

| KATERRA INC., by and through Daniel R. Williams, as Plan Administrator on behalf of Katerra Inc. and related debtors |
|---|
| *versus* |
| Deloitte & Touche LLP |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jamie L. Wine<br>Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>212-906-1200, jamie.wine@lw.com<br>New York, 4529251 |
|---|---|

| Name of party applicant seeks to appear for: | Deloitte & Touche LLP |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No __✓__ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 2/02/2023 | Signed:  /s/ Jamie L. Wine |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:   |   Clerk's signature: |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____       _____
                                                                United States Bankruptcy Judge