United States Bankruptcy Court
Southern District of Texas

**ENTERED**

February 08, 2023

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re:<br>KATERRA INC., et al.,<br><br>                              Debtors. | Chapter 11<br>Case No. 21-31861 (DRJ)<br>(Jointly Administered) |
| KATERRA INC., by and through Daniel R. Williams, as Plan Administrator on behalf of Katerra Inc. and related debtors,<br><br>                              Plaintiff,<br><br>              v.<br><br>Deloitte & Touche LLP,<br><br>                              Defendant. | Adv. No. 22-03344<br><br><br>(Docket No. 10) |

### STIPULATION AND AGREED ORDER:

This Stipulation and Agreed Order (the "Order") is entered into between Plaintiff Katerra Inc. ("Plaintiff") and Defendant Deloitte & Touche LLP ("Defendant" and, together with Plaintiff, the "Parties"), by and through respective undersigned counsel.  The Parties, subject to Court approval, have agreed to entry of this Order.

### RECITALS:

1. WHEREAS Plaintiff filed its complaint ("Complaint") on December 31, 2022.

2. WHEREAS the Court issued its summons on January 6, 2023 requiring Defendant to file a motion or answer to the Complaint within 30 days.

3. WHEREAS the current deadline for Defendant to respond to the Complaint is February 6, 2023.

4. WHEREAS Defendant intends to file a motion to compel arbitration (the "Motion to Compel").

1

5.  WHEREAS, Plaintiff intends to oppose the Motion to Compel.

6.  WHEREAS the Parties have agreed to a schedule of the briefing of the Motion to Compel.

<u>**ORDER:**</u>

Based on the agreement of the parties, it is hereby **ORDERED THAT:**

1.  Defendant shall file its Motion to Compel on or before March 3, 2023.

2.  Plaintiff shall file any response to that Motion to Compel by April 3, 2023.

3.  Defendant shall file any reply by April 18, 2023.

4.  Defendant preserves all defenses.

5.  The deadline for Defendant's responsive pleadings pursuant to FRBP 7012 is ABATED and STAYED.

6.  In the event the Motion to Compel is denied, and without waiving any rights to seek appropriate relief from the Court related to any appeal of such denial, Defendant's responsive pleading for the purposes of FRBP 7012, including but not limited to an answer, motion to dismiss, or other responsive pleading, shall be filed no later than 30 days after such denial.

**Signed:  February 08, 2023.**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

Approved as to Form and Content:

/s/ Trey A. Monsour
Trey A. Monsour, Esq.
(Tex. Bar No. 14277200)
David G. Crooks, Esq.
(Tex. Bar No. 24028168)

/s/ John F. Higgins
John F. Higgins, Esq.
(Tex. Bar No. 09597500)
Porter Hedges LLP
1000 Main Street, 36th Floor

Adam T. Hamilton, Esq.
(Tex. Bar No. 24087655)
Fox Rothschild LLP
Saint Ann Court
2501 North Harwood Street, Suite 1800
Dallas, TX  75201
Telephone:  (214) 231-5796
Facsimile: (972) 404-0516
Mobile:  (713) 927-7469
E-mail: tmonsour@foxrothschild.com
E-mail: dcrooks@foxrothschild.com
E-mail: ahamilton@foxrothschild.com
William Stassen (admitted *pro hac vice*)
Fox Rothschild LLP
2000 Market St., 20th Floor
Philadelphia, PA 19103-3222
Telephone: (215) 299-2853
Facsimile: (215) 299-2150
E-mail: wstassen@foxrothschild.com

-and-

Michael A. Sweet (admitted *pro hac vice*)
Fox Rothschild LLP
345 California Street, Suite 2200
San Francisco, CA 94104
Telephone:  (415) 364-5540
Facsimile:  (415) 391-4436
E-mail: msweet@foxrothschild.com

-and-

Gordon E. Gouveia (admitted *pro hac vice*)
Fox Rothschild LLP
321 North Clark Street, Suite 1600
Chicago, IL 60654
Telephone:  (312) 980-3816
Facsimile:  (312) 517-9201
E-mail: ggouveia@foxrothschild.com

*Counsel to the Plan Administrator*

Houston, TX 77002
Telephone:  (713) 226-6000
Facsimile:  (713) 226-6248
Email:  jhiggins@porterhedges.com
*Counsel to Deloitte & Touche LLP*

 -and-

Jamie L. Wine (*pro hac vice* forthcoming)
Adam B. Shamah (*pro hac vice*
forthcoming)
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 906-2904
Email:  jamie.wine@lw.com