United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 13, 2023
Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| KATERRA INC., et al., | Case No.: 21-31861 (DRJ) |
| Debtors.[1] | (Jointly Administered) |
| | (Docket No. 3) |

### ORDER GRANTING WIND-DOWN DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE WIND-DOWN DEBTORS TO FILE A COMPLAINT IN THIS COURT AGAINST DELOITTE & TOUCHE LLP UNDER SEAL

Upon the Motion (the "Motion to Seal" or "Motion")[2] of the Wind-Down Debtors, by and through the Plan Administrator, for entry of an order (this "Order") authorizing the Wind-Down Debtors to file a complaint in this Court ("Complaint") against Deloitte & Touche LLP ("Deloitte") under seal as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157(b); and this Court having found that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§157(b); and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor; it is HEREBY ORDERED THAT:

1. The Wind-Down Debtors may file the Complaint under seal.

---

[1] A complete list of each of the Wind-Down Debtors in these chapter 11 cases may be obtained on the website of the Wind-Down Debtors' claims and noticing agent at https://cases.ra.kroll.com/katerra/Home-Index. The Wind-Down Debtors' service address in these chapter 11 cases is 3101 N Central Ave, Ste 670, Phoenix, AZ 85012.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion to Seal.

2.     The Plan Administrator and Deloitte shall meet and confer concerning a public version of the Complaint within twenty-one (21) days of the date of this Order and file a public version of the Complaint shortly thereafter.

3.     The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Signed:  February 13, 2023.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE