**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| KATERRA INC., *et al.*, | ) Case No. 21-31861 (DRJ) |
| | ) |
| | ) (Jointly Administered) |
| *Debtors*. | ) |
| | ) |
| KATERRA INC., by and through Daniel R. Williams, as Plan Administrator on behalf of Katerra Inc. and related debtors, | ) Adv. No. 22-03344 |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) |
| | ) |
| DELOITTE & TOUCHE LLP, | ) |
| *Defendant*. | ) |

**NOTICE OF STATUS CONFERENCE**

**PLEASE TAKE NOTICE** that a *Status Conference* has been scheduled for **June 29, 2023, at 2:30 p.m. (prevailing Central time)** before the Honorable David R. Jones, United States Bankruptcy Judge. The hearing will take place in Judge Jones' courtroom, 515 Rusk Street, Courtroom 400, Houston, Texas 77002 and by telephone and video conference, with the instructions below.

*Audio Communication*

You may participate at the hearing either in person or by an audio and video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility at

1

14051226

(832) 917-1510. Once connected, you will be asked to enter the conference room number. Judge Jones' conference room number is 205691.

*Video Communication*

Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Jones' homepage. The meeting code is "judgejones". Click the settings icon in the upper right corner and enter your name under the personal information setting.

Hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Jones' homepage. Select the case name, complete the required fields and click "Submit" to complete your appearance.

[*Remainder of Page Intentionally Blank*]

Dated: June 28, 2023

| | |
|---|---|
| Jamie L. Wine (*pro hac vice*)<br>Adam B. Shamah (*pro hac vice*)<br>Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone:  (212) 906-2904<br>Email:  jamie.wine@lw.com<br><br>Melissa Arbus Sherry (*pro hac vice*)<br>Jordan R. Goldberg (*pro hac vice*)<br>Latham & Watkins LLP<br>555 Eleventh Street, NW<br>Washington, DC 20004<br>Telephone:  (202) 637-2200<br>Email:  melissa.sherry@lw.com | By: */s/ John F. Higgins*<br>John F. Higgins, Esq.<br>(Tex. Bar No. 09597500)<br>Porter Hedges LLP<br>1000 Main Steet, 36th Floor<br>Houston, TX 7702<br>Telephone:  (713) 226-6000<br>Facsimile:  (713) 226-6248<br>Email:  jhiggins@porterhedges.com |

## **CERTIFICATE OF SERVICE**

I certify that on June 28, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ John F. Higgins*
John F. Higgins

14051226